UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ROBERTA FELIZ, *individually and on behalf of all others similarly situated*,

                       Plaintiff,

    v.

MEAT N' BONE, INC,

                       Defendant.

**ORDER**

22 Civ. 5215 (ER)

RAMOS, D.J.

    On June 21, 2022, Roberta Feliz brought this action against Meat N' Bone, Inc.  Doc. 1.  On August 22, 2022, the Court granted the parties' request that Feliz file an amended complaint no later than September 2, 2022 and that Meat N' Bone, Inc. respond to the amended complaint no later than October 6, 2022.  Doc. 9.  Feliz filed the first amended complaint on September 2, 2022.  Doc. 10.  Since then, no action has occurred in this case.

    The parties are hereby directed to submit a joint status report by **October 14, 2022.**

    It is SO ORDERED.

Dated:  October 7, 2022
          New York, New York

                                                           Edgardo Ramos, U.S.D.J.